

IN THE
TENTH COURT OF APPEALS

No. 10-12-00194-CR

RONALD GENE KIMBRELL,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2009-1200-C2

MEMORANDUM OPINION

Appellant seeks to appeal the trial court's denial of his "motion for a true and correct copy of trial records."

> This court has jurisdiction over criminal appeals only when expressly granted by law. *Everett v. State*, 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.). No statute vests this court with jurisdiction over an appeal from an order denying a request for a free copy of the trial record when such a request is not presented in conjunction with a timely filed direct appeal. *Id.; see Self v. State*, 122 S.W.3d 294, 294-95 (Tex. App.—Eastland 2003, no pet.).

*Clegg v. State*, 214 S.W.3d 671 (Tex. App.—Waco 2007, no pet.).

Accordingly, we dismiss this appeal for want of jurisdiction.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 20, 2012
Do not publish
[CR25]